# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **MUSCLE FLEX, INC.**, a California Corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:18-cv-1140 ) |
| **SIMON PROPERTY GROUP, L.P.,** **SIMON PROPERTY GROUP, INC.,** **MATT MURAT DAGLI,** and **NEW PURPLE LLC** | ) ) ) ) ) |
| Defendants. | ) ) |

## APPEARANCE OF COUNSEL

James M. Hinshaw, of the law firm Bingham Greenebaum Doll LLP, 2700 Market Tower, 10 W. Market Street, Indianapolis, Indiana 46204, enters his Appearance as counsel on behalf of Defendants Simon Property Group, L.P. and Simon Property Group, Inc.

    Respectfully submitted,

    */s/ James M. Hinshaw*
    James M. Hinshaw, #16744-49
    BINGHAM GREENEBAUM DOLL LLP
    2700 Market Tower
    10 West Market Street
    Indianapolis, IN 46204-4900
    (317) 635-8900
    jhinshaw@bgdlegal.com

    *Attorney for Defendants, Simon Property Group,*
    *L.P. and Simon Property Group, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was duly forwarded the following counsel of record on this 10th day of May, 2017, via United States first-class mail, postage paid as follows:

Christopher A. Brown
WOODARD, EMHARDT, MORIARTY, MCNETT
& HENRY LLP
111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204
Tel.: (317) 634-3456
Fax: (317) 637-7561
cabrown@uspatent.com

Connor Lynch (*pro hac vice to be filed*)
LYNCH LLP
4470 W. Sunset Blvd. #90096
Los Angeles, CA 90027
(949) 229-3141
connor@lynchllp.com

*Attorneys for Plaintiff Muscle Flex, Inc.*

                                        */s/ James M. Hinshaw*
                                        James M. Hinshaw