*Signature of Clerk or Deputy Clerk*
Civil Summons (Page 2)

Civil Action Number: 1:18-cv-01140-TMP-TAB

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* New Purple, LLC

was received by me on *(date)* 04/25/18.

[X] I personally served the summons on the individual at *(place)* Ups Store 11152 Westheimer, #804, Houston, TX 77042 on *(date)* 04/26/18 @ 11:10 AM; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[X] I served the summons on *(name of individual)* Robert Seigrist, Ups Owner, Authorized to Accept Service, who is designated by law to accept service of process on behalf of *(name of organization)* New Purple, LLC, c/o Matt M. Dagli, Agent for Service of Process on *(date)* 04/26/18; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 05/04/18

*Server's Signature*

Steve Palmer, PCS-12407
*Printed name and title*
Asap Legal LLC
404 W. 4th St., Suite B, Santa Ana, CA 92701
(714) 543-5100 [31201593M1T]
*Server's address*

Additional information regarding attempted service, etc.