*Signature of Clerk or Deputy Clerk*

Civil Summons (Page 2)

Civil Action Number: 1:18-cv-01140-TWP-TAB

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Matt Murat Dagli

was received by me on *(date)* 04/25/18 .

[X] I personally served the summons on the individual at *(place)* Robert Seigrist, Ups Owner, Authorized to Accept Service.   11152 Westheimer, #804, Houston, TX, 77042  on *(date)* 04/26/18 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  05/04/18

*Server's Signature*

Steve Palmer, PSC-12407
*Printed name and title*
Asap Legal LLC
404 W. 4th St., Suite B, Santa Ana, CA 92701
(714) 543-5100 [31201599M1T]
*Server's address*

Additional information regarding attempted service, etc.