UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **Muscle Flex, Inc., a California corporation**<br><br>　　　Plaintiff,<br>　　　　　v.<br><br>**Simon Property Group, L.P.,**<br>**Simon Property Group, Inc.,**<br>**Matt Murat Dagli,**<br>**New Purple LLC**<br><br>　　　Defendants. | Civil Action No. 1:18-cv-1140-TWP-TAB |

**SIMON PROPERTY GROUP, L.P. AND SIMON PROPERTY**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants, Simon Property Group, L.P. and Simon Property Group, Inc., state:

1. Simon Property Group, Inc., a publicly-held corporation, has no parent corporation and no publicly-held corporation owns 10% or more of its stock; and

2. Simon Property Group, L.P. is a subsidiary of Simon Property Group, Inc., which possesses a 10% or greater ownership interest in Simon Property Group, L.P.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/Andrew M. Pendexter*
　　　　　　　　　　　　　　　　　James M. Hinshaw
　　　　　　　　　　　　　　　　　Andrew M. Pendexter
　　　　　　　　　　　　　　　　　BINGHAM GREENEBAUM DOLL LLP
　　　　　　　　　　　　　　　　　2700 Market Tower
　　　　　　　　　　　　　　　　　10 West Market Street
　　　　　　　　　　　　　　　　　Indianapolis, IN 46204
　　　　　　　　　　　　　　　　　Telephone (317) 635-8900

Facsimile (317) 236-9907
jhinshaw@bgdlegal.com
apendexter@bgdlegal.com

*Attorneys for Defendants Simon Property Group, L.P. and Simon Property Group, Inc.*

## **CERTIFICATE OF SERVICE**

      I certify that on June 26, 2018 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record, including the following:

Christopher A. Brown
WOODARD, EMHARDT, MORIARTY, MCNETT
& HENRY LLP
111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204
cabrown@uspatent.com

Connor Lynch
LYNCH LLP
4470 W. Sunset Blvd. #90096
Los Angeles, CA 90027
Connor@lynchllp.com

                                                    /s/ Andrew M. Pendexter